**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY: HAMPTON A. JACKSON**
Assistant City Attorney, SBN 326209
**CITY OF VALLEJO, City Hall**
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel:　(707) 648-4545
Fax:　(707) 648-4687
Email: hampton.jackson@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO and VISHVDEEP GIRI

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARRIZALES,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>CITY OF VALLEJO; VISHVDEEP GIRI; and DOES 1-25,<br><br>　　　Defendants. | Case No. 2:25-cv-01243-AC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND [PROPOSED] ORDER**<br><br>Judge:　　Hon. Allison Claire<br>Trial Date:　Not Set |

　　　Pursuant to Local Rule 144(a), the parties stipulated to an initial extension of the Defendants' deadline to file a responsive pleading (Docket No. 6).

　　　**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that Defendants' deadline to file a responsive pleading be extended by a further fourteen (14) days pursuant to Local Rule 144. The new deadline is July 14, 2025.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: June 26, 2025　　　　　　　　　　　*/s/ Hampton A. Jackson*
　　　　　　　　　　　　　　　　　　　　　HAMPTON A. JACKSON
　　　　　　　　　　　　　　　　　　　　　Assistant City Attorney
　　　　　　　　　　　　　　　　　　　　　City of Vallejo

---

Case No. 2:25-cv-01243-AC　　　　　　　　　STIPULATION FOR EXTENSION
　　　　　　　　　　　　　　　　　　　　　AND [PROPOSED] ORDER
-1-

| | |
|---|---|
| DATED: June 26, 2025 | */s/ K. Chike Odiwe (authorized on 6/26/2025)*<br>K. CHIKE ODIWE<br>Attorney for Plaintiff<br>Jose Carrizales |

**IT IS SO ORDERED.**

Dated: June 27, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE