UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARRIZALES, | No. 2:25-cv-1243 AC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al, | |
| Defendants. | |

This case is before the undersigned for all purposes on the consent of the parties. ECF No. 13. On September 5, 2025, the undersigned granted in part and denied in part a motion to dismiss filed by defendants and ordered plaintiff to either file a First Amended Complaint or file a notice of intent to proceed without amending within 30 days. ECF No. 18. The deadline has passed, and plaintiff has neither filed a First Amended Complaint nor a notice of intent to proceed without amending.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why the failure to submit the required documents should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of a First Amended Complaint or a notice of intent to proceed without amending within this timeframe will

////

////

serve as cause and will discharge this order. If plaintiff fails to respond, the court will dismiss the case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: October 9, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2