**VERONICA A. F. NEBB**
City Attorney, SBN 140001
**By: HAMPTON A. JACKSON**
Assistant City Attorney, SBN 326209
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel: (707) 648-4545
Email: hampton.jackson@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO
and VISHVDEEP GIRI

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE "JOEY" CARRIZALES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; VISHVDEEP GIRI, individually and in his official capacity as an officer for the Vallejo Police Department; and DOES 1-25, inclusive, individually, jointly, and severally,<br><br>Defendants. | Case No. 2:25-cv-01243-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, on December 19, 2025, the court set pre-trial and trial deadlines in this matter, with Fact Discovery closing on August 14, 2026. (Dkt. No. 25);

WHEREAS, the Parties began fact discovery in January 2026;

WHEREAS, the Parties have been significantly delayed in completing fact discovery due to the passing of Plaintiff's mother during the pendency of this litigation. Her death had a profound emotional impact on Plaintiff, temporarily impairing his ability to meaningfully participate in

discovery, including responding to written discovery and appearing for deposition. As a result, the Parties were unable to complete fact discovery within the time contemplated by the current scheduling order despite their diligent efforts;

WHEREAS, this is the first request by the Parties to amend the scheduling order. The continuances stipulated and requested herein are not sought for any improper purpose or to unduly delay the proceedings;

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's scheduling order be amended accordingly:

| **Event** | **Current Deadline (Dkt. No. 25)** | ~~**Proposed**~~ **New Deadline** |
|---|---|---|
| Fact discovery closes | August 14, 2026 | March 26, 2027 |
| Expert disclosures | October 23, 2026 | June 11, 2027 |
| Expert supplemental/rebuttal disclosures | December 18, 2026 | August 13, 2027 |
| Expert discovery closes | January 15, 2027 | September 17, 2027 |
| All (including dispositive) motions filed | March 5, 2027 | November 12, 2027 |
| All motions heard | April 30, 2027 | December 17, 2027 |
| Final pretrial conference | July 17, 2027 | ~~March 17, 2028~~<br>**March 15, 2028 at 10:00 a.m.** |
| Jury trial | August 9, 2027 | April 17, 2028 **at 9:00 a.m.** |

IT IS SO STIPULATED.

Respectfully submitted,

DATED: July 23, 2026

*/s/ Hampton A. Jackson*
HAMPTON A. JACKSON
Assistant City Attorney
Attorney for Defendants
CITY OF VALLEJO and VISHVDEEP GIRI

DATED: July 23, 2026

*/s/ Kenneth Chike Odiwe (as authorized on 07/22/26)*
KENNETH CHIKE ODIWE
Attorney for Plaintiff JOSE CARRIZALES

**[~~PROPOSED~~] ORDER**

**IT IS SO ORDERED.**

DATE: July 23, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE